UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, ESQ.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE,<br><br>    Defendant. | Case No. 25-cv-06148-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant United Parcel Service's Motion to Dismiss. ECF No. 19. Plaintiff Shannon O. Murphy, Esq. failed to file an opposition in compliance with Civil Local Rule 7. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the November 13, 2025 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 6, 2025 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff file an opposition, Defendant may file any reply by November 20, 2025.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

The Court encourages Plaintiff to seek free legal assistance from the Federal Pro Bono Project, a service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-

8982.  The Legal Help Center will not represent you as your lawyer, but you will be able to speak with an attorney who may be able to provide basic legal help.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: October 24, 2025

THOMAS S. HIXSON
United States Magistrate Judge